

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00808-CV

**IN THE INTEREST OF K.E.R.**, K.R.R., Q.A.R., and M.C., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00816
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED April 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice